AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida ▼

|  |  |
|---|---|
| BRABUS GmbH | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) Civil Action No. **1:26-cv-22986-BB** |
| CUSTOM CAR GARAGE INC;MVP EXOTIC CAR RENTALS LLC, MATIAS CRUZ,  DANIEL PACHECO a/k/a DANIEL SOSA | ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* CUSTOM CAR GARAGE INC
2500 NW 39th St, Miami, FL 33142.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kelly Ann M. desRoisers
The Lomnitzer Law Firm, P.A.
7999 N. Federal Highway, Suite 202 Boca Raton, FL 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 28, 2026

Angela E. Noble
Clerk of Court

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| BRABUS GmbH ) ) ) ) *Plaintiff(s)* ) ) v. ) CUSTOM CAR GARAGE INC;MVP EXOTIC CAR ) RENTALS LLC, MATIAS CRUZ,  DANIEL PACHECO ) a/k/a DANIEL SOSA ) ) ) *Defendant(s)* ) | Civil Action No. **1:26-cv-22986-BB** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DANIEL PACHECO a/k/a DANIEL SOSA
2500 NW 39th St, Miami, FL 33142.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Ann M. desRoisers
The Lomnitzer Law Firm, P.A.
7999 N. Federal Highway, Suite 202 Boca Raton, FL 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 28, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida  ▾

BRABUS GmbH )
)
)
)
*Plaintiff(s)* )
)
v. )
CUSTOM CAR GARAGE INC;MVP EXOTIC CAR )
RENTALS LLC, MATIAS CRUZ,  DANIEL PACHECO )
a/k/a DANIEL SOSA )
)
)
*Defendant(s)* )

Civil Action No.  1:26-cv-22986-BB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MATIAS CRUZ
8421 NW 70 Street, Miami, FL US 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Kelly Ann M. desRoisers
The Lomnitzer Law Firm, P.A.
7999 N. Federal Highway, Suite 202 Boca Raton, FL 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Apr 28, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| BRABUS GmbH | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. **1:26-cv-22986-BB** |
| CUSTOM CAR GARAGE INC;MVP EXOTIC CAR RENTALS LLC, MATIAS CRUZ,  DANIEL PACHECO a/k/a DANIEL SOSA | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MVP EXOTIC CAR RENTALS LLC
8421 NW 70 Street, Miami, FL US 33166

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kelly Ann M. desRoisers
The Lomnitzer Law Firm, P.A.
7999 N. Federal Highway, Suite 202 Boca Raton, FL 33487

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Apr 28, 2026

*s/ W. Cendejas*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court